DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**BRIAN CANARELLI,**
Appellant,

v.

**VICTORIA CANARELLI,**
Appellee.

No. 4D2024-2361

[March 5, 2026]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Karen M. Miller, Judge; L.T. Case No. 502020DR006510XXXXNB.

Troy William Klein, West Palm Beach, for appellant.

Matthew S. Nugent and Joshua J. Arbogast of Nugent Zborowski, North Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, CIKLIN and LOTT, JJ., concur.

\*          \*          \*

***Not final until disposition of timely-filed motion for rehearing.***